IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. LEE YOUNG, **Defendant.** | PO-18-5070-GF-JTJ  Location Code: M13  ORDER |

IT IS HEREBY ORDERED that the Initial Appearance in this matter is RESET for September 14, 2018 at 9:00 a.m. at the Community Center in West Glacier, Montana. The arrest warrant is hereby QUASHED.

DATED this 30th day of August, 2018.

*/s/ John Johnston*
John Johnston
United States Magistrate Judge