UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>LEE YOUNG,<br><br>                Defendant. | PO-18-5070-GF-JTJ<br>Ticket Number: 6564853<br>Location Code: M13<br>Disposition Code: PE<br><br>JUDGMENT IN A CRIMINAL CASE |

      The Defendant, Lee Young, was present in court and entered a plea of guilty to the charge of: LEAVING PET UNATTENDED.

      The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

        1. Defendant must pay a fine in the amount of $35.00 plus $30.00 Special Assessment for LEAVING PET UNATTENDED for a total of $65.00. The fine has been paid in full, receipt number MTX400012903.

      Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a

copy with Magistrate Judge Johnston. If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal. You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: September 14, 2018.

September 18, 2018.

_____
John Johnston
United States Magistrate Judge